PD-0425-15

IN THE COURT OF CRIMINAL APPEALS
OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 08 2015
Abel Acosta, Clerk

NO. PD-0425-15

JULIO TORRES PALOMO, APPELLANT

V.

THE STATE OF TEXAS

APPELLANT'S PETITION FOR DISCRETIONARY REVIEW
FROM THE SIXTH COURT OF APPEALS
HUNT COUNTY

MOTION TO SUSPEND RULE(S) OF APPELLATE
PROCEDURE 68.4(i) AND 9.4(i)(2)(D) PER
RULE 2: SUSPENSION OF RULES OF RULES
OF APPELLATE PROCEDURE.

FILED IN
COURT OF CRIMINAL APPEALS
SEP 17 2015
Abel Acosta, Clerk

TO THE HONORABLE JUSTICES OF SAID COURT!

NOW COMES BEFORE THE PRO-SE APPELLANT JULIO TORRES
PALOMO WHOM IS PRESENTLY INCARCERATED AT THE
WILLIAM G. MC CONNELL UNIT, BEEVILLE, TEXAS.
HEREAFTER WILL SHOW THE FOLLOWING:

I.

THIS PRO-SE APPELLANT HUMBLY REQUEST THIS COURT TO
GRANT THIS MOTION TO SUSPEND RULE(S) OF APPELLATE
PROCEDURE RULE 68.4(i) AND 9.4(i)(2)(D) TO EXPEDITE A
DECISION FOR GOOD CAUSE OF JUSTICE.

II.

APPELLANT FURTHER REQUEST THIS HONORABLE COURT SHALL
GRANT LEAVE AND ALLOW APPELLANT LEAVE TO EXTEND THE
NUMBER OF PAGES. AS PER RULE 9.4(i)(2)(D). IN THE
MATTER OF/TO EXPEDITE CAUSE AND BRING ABOUT JUSTICE
WITHOUT FURTHER DELAY.

①

## III.

IN THE UNFORESEEN EVENT THIS HONORABLE COURT SHOULD DECIDE TO NOT GRANT FAVOR TO THIS APPELLANT'S ISSUES.
IT IS THEREFORE REQUESTED AN ALTERNATIVE MEANS OF WHICH ARE NOT REASONS TO CAUSE UNNECESSARY DELAYS, BUT ONLY TO ASSURE THIS APPELLANT FAIR AND LAWFUL CONSIDERATION.

## IV.

IT IS APPELLANT'S HUMBLE REQUEST THE HONORABLE COURT MAY GRANT AN ADDITION THIRTY (30) DAY EXTENTION THAT HE MAY AMEND HIS PETITION FOR DISCRETIONARY REVIEW AND MEET THE RULES OF APPELLANT PROCEDURE RULE(S) 68.4(J) AND 9.4(i)(2)(D).

## V.

PETITIONER READILY SUBMITS TO THE HONORABLE COURTS ORDER AND HUMBLY "WITHDRAWS" PETITION, ONLY SHOULD THIS COURT NOT GRANT FAVOR TO PETITIONER'S REQUEST.

## PRAYER

DUE TO PETITIONER INCARCERATION IT IS IMPOSSIBLE TO MAKE COPY OF THE OPINION OF THE COURT OF APPEALS, AND THIS INSTITUTION PROHIBITS THE SAME. WITHDRAWAL OF PETITION TO AMEND IS VERY POSSIBLE UNFORTUNATELY NOT UNDER THE TIME RESTRAINTS.

THEREFORE, APPELLANT HUMBLY PRAYS TO ALL MIGHTY GOD THE JUSTICE OF THIS COURT, THAT THEY MAY GRANT ALL THINGS ASKED IN THIS MOTION TO SUSPEND RULES OF APPELLANT PROCEDURE, BUT, ONLY IN AND FOR A MATTER TO EXPIDITE ISSUE IN THE NAME OF JUSTICE AND FAIRNESS. SO HELP ME GOD!

EXECUTED ON THIS 02 DAY OF
SEPTEMBER 2015

RESPECTFULLY SUBMITTED

*Julio Palomo*

JULIO TORRES PALOMO
#1923341
MC CONNELL UNIT
3001 S. EMILY dr.
BEEVILLE, TEXAS 78102